# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

**Jeff A. Sredl**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**City of Monticello, In**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **3:23-cv-737**
[For a new case in this court, leave blank. The court will assign a case number.]

FILED
AUG 03 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] City of Monticello, IN | |
| 2 | [Put the names of any other defendants in these boxes.] White County Building Inspector | 110 N. Main ST #5 Monticello IN |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? **2 +**
2. What is the name and address of your prison or jail? **St Joseph County Jail 401 W. Sample ST. South Bend, In 46601**
3. Did the event you are suing about happen there? ⚪ Yes  ⦿ No, it happened at: **714 Bluewater Dr. Monticello, IN 47960**
4. On what date did this event occur? **July 19 2023**

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I recieved a letter (page 1) from Monticello, In while I was locked up here in St. Joseph County Jail. By the time I was handed this first letter, while I was here in ST. Joe I only had 10 days left of the 30 days it says. Monticello, In expected me to tear down my home, get everything hauled away, and paid for within these 10 days!! Witch is impossable even if I wasn't in jail. So I sent the City of Monticello, In a letter explaining the situation and said I need some time to address this matter. No one lives there, so no one is in any danger from my house. I have "NOT TRESPASSING" signs all over my property. I recieved the second letter from Monticello, In (page 2) like 2 weeks later. This letter gave me a court date of July 19th, 2023. I was never going any time to address this matter. I have spent the past 30 years working and paying for what I have. I bought this house to fix up and then hopefully sell it. I havent ben back to Monticello Indiana sence I got arrested. So I have no clue

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Claims and Facts (continued)**

if my house is still standing or not. All of my personal belongings are still in my house. And I have a detached 4 car garage out back also. I have a car, an S-10, and a few motorcycles in my garage with a few thousand dollars worth of tools also. Monticello said they are charging me $50.00 per day to have it still standing. And threatning me with a lien against my property and a fine of up to $5000.00. I am expecting or hoping for atleast the replacment value of my Rle property, plus my garage and every thing thats in it, plus everything thats in my house like all my clothes, all my new appliances in my kitchen, all my beds and dressers, furneture and tables, washers and dryers, furness, and all of my tools that are on the shelves in my front bedroom. I dont have anyone I can turn to as of now that I trust. So I dont know what to do from here. My hearing is very poor these days so I read lips in every conversation I have.

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
- ○ Before I was confined.
- ⊗ While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ⊗ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ⊗ No, this event is not grievable at this prison or jail.
- ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because _____

_____
_____
_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

replacement value of house and contents plus any and all other costs involved plus replacement value of all personal belongings in my house like beds, furniture, appliances, washers & dryers, clothes, my safe, and sentimental items that can't be replaced.

[Initial Each Statement]
- _JD_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- _JD_ I will keep a copy of this complaint for my records.
- _JD_ I will promptly notify the court of any change of address.
- _JD_ I WILL NOT send more than one copy of any filing to the court.
- _JD_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- _JD_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __8__/__01__/20__23__ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____        __329693__
Signature                                                        Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]