UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JEFF A. SREDL,

    Plaintiff,

    v.   CAUSE NO. 3:23-CV-737-PPS-APR

MONTICELLO CITY OF, et al.,

    Defendants.

## ORDER

Jeff A. Sredl, a prisoner without a lawyer, filed this case in the South Bend Division raising claims based on events which occurred at 714 Bluewater Dr. Monticello, IN which is located within the geographical boundaries of the Lafayette Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the Lafayette Division.

SO ORDERED.

ENTERED: August 7, 2023.

                                            /s/ Philip P. Simon
                                            PHILIP P. SIMON, JUDGE
                                            UNITED STATES DISTRICT COURT